UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DORA BROWN,

                Plaintiff,

        -against-

HP INC.; TWITTER,

                Defendants.

19-CV-6331 (CM)

CIVIL JUDGMENT

By order dated October 25, 2019, the Court dismissed this action without prejudice for lack of subject matter jurisdiction but granted Plaintiff thirty days' leave to file an amended complaint to establish that diversity jurisdiction exists. Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the action is dismissed without prejudice for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    December 10, 2019
           New York, New York

                                COLLEEN McMAHON
                        Chief United States District Judge